JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TATIANA YAMILETH BURGOS TORRES,

Petitioner,

v.

MARKWAYNE MULLIN ET AL.,

Respondents.

Case No. 5:26-cv-01962-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: June 2, 2026

_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE